[Cite as *State v. Mentser,* 130 Ohio St.3d 262, 2011-Ohio-5446.]

THE STATE OF OHIO, APPELLEE, *v.* MENTSER, APPELLANT.

[Cite as *State v. Mentser,* **130 Ohio St.3d 262, 2011-Ohio-5446.**]

*Cause remanded to the court of appeals for application of* State v. Williams.

(No. 2009-0273—Submitted October 18, 2011—Decided October 26, 2011.)

APPEAL from the Court of Appeals for Warren County,

Nos. CA2008-06-075 and CA2008-06-076.

_____

{¶ 1} The cause is remanded to the court of appeals for application of *State v. Williams*, 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.

_____

David P. Fornshell, Warren County Prosecuting Attorney, and Michael Greer, Assistant Prosecuting Attorney, for appellee.

George C. Luther, for appellant.

_____